

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Cause No 01-12-00571-CV, *In re Ronald Castillo*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Jennene Kemp, individually and as next friend of J.L.K., a minor v. Ronald R. Castillo & Porter Athletic Equipment Co.*, No. 65459, in the 149th Judicial District Court of Brazoria County, Texas, the Hon. Terri Holder, presiding.

On June 21, 2012, relator, Ronald Castillo, petitioned for a writ of mandamus. It is **ordered** that the response of the real party in interest, if any, is due **Thursday, July 12, 2012.**

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
        Acting individually

Date: June 22, 2012